No. 72-1662. INTERNATIONAL BUSINESS MACHINES CORP. v. EDELSTEIN, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL. C. A. 2d Cir. Motion for leave to file petition for

writ of certiorari denied. MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL took no part in the consideration or decision of this motion.